| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 5:04-CR-442-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

**08 CRIM 102**

| NAME AND ADDRESS OF OFFENDER | DISTRICT EASTERN NORTH CAROLINA | DIVISION |
|---|---|---|
| Herman Barrios Bronx, NY | NAME OF SENTENCING JUDGE Malcolm J. Howard | |
| | DATES OF SUPERVISION → | FROM 06/07/2005 | TO 06/06/2010 |

OFFENSE **Failure to Pay Past Due Child Support Obligation**
18 USC 228(a)(3)

*JUDGE KAPLAN*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Southern District of New York upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: FEB 13 2008*

11/20/07
_____
Date

_____
U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

### PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

FEB 11 2008
_____
Effective date

_____
United States ~~District~~ Judge

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK