**08CRIM 102**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | OFFENSE: <u>FAILURE TO PAY PAST DUE CHILD SUPPORT OBLIGATION [18 USC 228(a)(3)]</u> |
| | | ORIGINAL SENTENCE: <u>Five (5) years Probation; $100 Special Assessment</u> |
| FROM: | Yvonne Rivera<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>Drug testing as required by the supervision officer for determining whether you are using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing; participate in a program of in-patient or out-patient substance abuse therapy and counseling if deemed advisable by the supervising officer.</u> |
| | | Restitution: $21,631.41, 180 Hours Home Detention, Search & Seizure, Vocational Training. |
| RE: | BARRIOS, Herman<br>Docket # <u>5:04-CR-442-1H2</u> | |



DATE OF SENTENCE: <u>June 7, 2005</u>

DATE:   December 5, 2007

ATTACHMENTS:   PSI <u>X</u>    JUDGMENT <u>X</u>

REQUEST FOR:   COURT DIRECTION <u>  X  </u>

---

## REQUEST FOR ACCEPTANCE OF JURISDICTION

This offender was sentenced in the Eastern District of North Carolina on June 7, 2005, as outlined above to five (5) years Probation. On November 20, 2007, the Eastern District of North Carolina initiated a transfer or jurisdiction with their Court, based on his permanent residence in this district.

Enclosed, please find Probation Form 22 signed on November 20, 2007 by the Honorable Malcolm J. Howard, U.S. District Judge for the Eastern District of North Carolina, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

**BARRIOS, Herman** P45088-YR
Docket No. 5:04-CR-442-1
Page 2

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Probation 22) be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
    Yvonne Rivera
    U.S. Probation Officer
    212-805-5192

Approved By: _____   12-5-07
    Avriel G. George        Date:
    Supervising U.S. Probation Officer

/dg
Enclosures